UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LASHAWN GOLDEN,

    Plaintiff,

v.                                      CASE NO. 8:14-cv-2129-T-23JSS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **ORDER**

    LaShawn Golden applied for supplemental security income on behalf of her minor child. (Doc. 17-2 at 21) The Commissioner of Social Security denied Golden's claim both "initially . . . and upon reconsideration." (Doc. 17-2 at 21) At Golden's request, an administrative law judge "held a hearing at which [Golden] and [the minor child] appeared and testified." (Doc. 21 at 1) After the hearing, the administrative law judge "issued an unfavorable decision finding [the minor child] not disabled and accordingly denied [the] claim for benefits." (Doc. 21 at 1) Golden requested the Social Security Administration's appeals council to review the administrative law judge's decision (Doc. 17-2 at 16), but the appeals council denied the request. (Doc. 17-2 at 3–5)

Under 42 U.S.C. § 1383(c)(3), Golden invokes his right to (Doc. 1) judicial review of the Commissioner's decision to deny Golden's claim. In a well-reasoned report (Doc. 21), Magistrate Judge Julie S. Sneed recommends affirming the Commissioner's decision. Golden objects (Doc. 22) to the report and recommendation. A thorough review of the portions of the report and recommendation to which Golden objects reveals that Golden's objections are unfounded or unpersuasive. Accordingly, Golden's objections (Doc. 22) are **OVERRULED**. The report and recommendation (Doc. 21) is **ADOPTED**, and the Commissioner's decision is **AFFIRMED**. The clerk is directed (1) to enter final judgment for the Commissioner and against Golden and (2) to close the case.

ORDERED in Tampa, Florida, on January 11, 2016.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE